IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01875-MEH

PHILIP E. STETZEL,

      Plaintiff,

v.

TIFFANI HOLUBEK,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2015.**

      Plaintiff's Motion to Compell [sic] Production of Records [filed June 22, 2015; docket #39] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 37.1: "A motion under Fed. R. Civ. P. 26 or 37 directed to an interrogatory, request, and response under Fed. R. Civ. P. 33, 34, or 36 shall set forth either in the text of the motion or in an exhibit to the motion the *specific* interrogatory, request, or response to which the motion is directed." *Id.* (emphasis added).

      Plaintiff's Motion for Authorization for Correspondence [filed June 22, 2015; docket #40] is **denied**. Plaintiff provides no legal support for his request seeking an order overriding a "facility-wide ban on inmate-to-inmate correspondence" and authorizing the Plaintiff's "clearance" to contact inmates in other facilities. *See* D.C. Colo. LCivR 7.1(d). Moreover, pursuant to 28 U.S.C. § 1915, the Court is authorized only to pay the costs of service of process, printing a record for appeal, and preparing a transcript of court records; accordingly, Plaintiff's requests for payment of and credit for costs for copies is denied.