IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01875-MEH

PHILIP E. STETZEL,

    Plaintiff,

v.

TIFFANI HOLUBEK,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2015.**

    Plaintiff's Request for Stay of Action on Motion for Summary Judgment [filed August 27, 2015; docket #48] is **granted** as follows.  The Court will consider Plaintiff's Motion for Summary Judgment in conjunction with Defendant's dispositive motion should she decide to file one.